# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 12-11195 J | Judge: | Robert H. Jacobvitz | Trustee Name: | MICHAEL J. CAPLAN - CHP 7 |
|---|---|---|---|---|---|
| Case Name: | COLLEGE OF THE CHRISTIAN BROTHERS O | | | Date Filed (f) or Converted (c): | 03/27/2012 (f) |
| | | | | 341(a) Meeting Date: | 05/04/2012 |
| For Period Ending: | 01/29/2015 | | | Claims Bar Date: | 09/20/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Funds in Long, Pound & Komer trust account (u) | 4,660.74 | 4,660.74 | | 4,660.74 | FA |
| 2. Funds in First Citizens Bank | 1,431.24 | 1,431.24 | | 1,431.24 | FA |
| 3. Funds in NM Bank and Trust | 462,435.81 | 462,435.81 | | 462,531.83 | FA |
| 4. Funds in NM Bank and Trust | 230,789.16 | 230,789.16 | | 230,837.08 | FA |
| 5. Funds in NM Bank and Trust | 9,062.41 | 9,062.41 | | 9,052.50 | FA |
| 6. Contents of Safety Deposit box (u) | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 7. Mineral rights (u) | 1,000,000.00 | 50,000.00 | | 0.00 | FA |
| 8. Charitable gift from Digneo trust (u) | Unknown | 0.00 | | 0.00 | FA |
| 9. Charitable gift from Hoyt trust (u) | Unknown | 0.00 | OA | 0.00 | FA |
| 10. Claim against City of Santa Fe & Laureate Education (u) | 26,000,000.00 | 0.00 | | 0.00 | FA |
| 11. Claim against First Community Bank (u) | 1,000,000.00 | 0.00 | | 0.00 | FA |
| 12. Claim against Risk Pooling Trust (u) | 60,000.00 | 0.00 | | 0.00 | FA |
| 13. Territorial Charter for College (u) | Unknown | 0.00 | | 0.00 | FA |
| 14. Documents in boxes in storage (u) | Unknown | 0.00 | | 0.00 | FA |
| 15. Refund from Lexis Nexis (u) | 71.78 | 71.78 | | 71.78 | FA |
| 16. Claim against Risk Pooling Trust (u) | Unknown | 0.00 | OA | 0.00 | FA |
| 17. Unclaimed funds held by the State of New Mexico (u) | 5,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $28,783,451.14 | $768,451.14 | | $708,585.17 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case 12-11195-sh7    Doc 144    Filed 01/29/15    Entered 01/29/15 14:39:45 Page 1 of 7

09/19/12 All claims are known. This will be a surplus case. The Trustee will abandon the contents of the Safe Deposit Box and a claim against the Hoyt Admin Trust. Trustee will move to file the TFR.
1/14/13 Debtor has objected to most of the Proofs of Claims. These issues will need to be resolved before the trustee can move forward.
1/15/2014 A party is litigating with the debtor over the status of funds held by the estate. Once that issue is resolved, the Trustee will move to close the case.
6/17/2014 All claims have been resolved. Trustee will prepare the TFR.
 - Michael Caplan 7/9/2014 Even though this debtor is a non-profit corporation and pays no income tax, tax returns must be filed and the Trustee is awaiting their preparation.
1/27/2015 Debtor provided no prior tax returns or financial information to prepare tax returns. CPA is is trying to figure how to file returns without prior information.

Initial Projected Date of Final Report (TFR): 12/31/2015          Current Projected Date of Final Report (TFR): 12/31/2015

Trustee Signature:          /s/ MICHAEL J. CAPLAN - CHP 7          Date: 01/29/2015

                            MICHAEL J. CAPLAN - CHP 7
                            827 EAST SANTA FE AVENUE
                            GRANTS, NM  87020
                            (505) 287-8891

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-11195  
Case Name: COLLEGE OF THE CHRISTIAN BROTHERS O  
Taxpayer ID No: XX-XXX0718  
For Period Ending: 01/29/2015  

Trustee Name: MICHAEL J. CAPLAN - CHP 7  
Bank Name: First National Bank - Vinita  
Account Number/CD#: XXXXXX1121  
CHECKING ACCOUNT  
Blanket Bond (per case limit): $8,500,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/09/12 | | Transfer from Acct# XXXXXX9399 | Transfer of Funds | 9999-000 | $706,610.60 | | $706,610.60 |
| 09/24/12 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $333.95 | $706,276.65 |
| 10/10/12 | 1001 | INTERNATIONAL SURETIES, LTD Suite 420 701 Poydras St. New Orleans, LA 70139 | Blanket Bond No. 016024923 | 2300-000 | | $817.43 | $705,459.22 |
| 10/15/12 | 1001 | INTERNATIONAL SURETIES, LTD Suite 420 701 Poydras St. New Orleans, LA 70139 | Check did not match Blanket Bond Report | 2300-000 | | ($817.43) | $706,276.65 |
| 10/15/12 | 1002 | INTERNATIONAL SURETIES, LTD Suite 420 701 Poydras St. New Orleans, LA 70139 | Blanket Bond #016024923 | 2300-000 | | $861.73 | $705,414.92 |
| 10/16/12 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $435.53 | $704,979.39 |
| 11/06/12 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $449.52 | $704,529.87 |
| 12/07/12 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $434.35 | $704,095.52 |
| 01/08/13 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $448.55 | $703,646.97 |
| 02/07/13 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $747.13 | $702,899.84 |
| 03/07/13 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $674.17 | $702,225.67 |
| 04/05/13 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $745.65 | $701,480.02 |
| 05/07/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $720.80 | $700,759.22 |
| 06/07/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $744.10 | $700,015.12 |

Page Subtotals $706,610.60 $6,595.48

Case 12-11195-sh7    Doc 144    Filed 01/29/15    Entered 01/29/15 14:39:45    Page 3 of 7

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-11195  
Case Name: COLLEGE OF THE CHRISTIAN BROTHERS O  
Taxpayer ID No: XX-XXX0718  
For Period Ending: 01/29/2015  

Trustee Name: MICHAEL J. CAPLAN - CHP 7  
Bank Name: First National Bank - Vinita  
Account Number/CD#: XXXXXX1121  
CHECKING ACCOUNT  
Blanket Bond (per case limit): $8,500,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/13 | | First National Bank - Vinita<br>102 W. Illinois Avenue<br>Vinita, OK 74301 | Bank Service Fee | 2600-000 | | $719.35 | $699,295.77 |
| 08/07/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $742.58 | $698,553.19 |
| 08/30/13 | 1003 | International Sureties, Ltd<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond #016024923 | 2300-000 | | $968.03 | $697,585.16 |
| 09/09/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $741.77 | $696,843.39 |
| 10/07/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $716.27 | $696,127.12 |
| 10/08/13 | 15 | LexisNexis<br>One Penn's Way<br>New Castle, DE 19720 | Accounts Receivable | 1290-000 | $71.78 | | $696,198.90 |
| 11/07/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $739.24 | $695,459.66 |
| 12/06/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $714.67 | $694,744.99 |
| 12/12/13 | 1004 | Arthur J. Gallagher & Co. Insurance<br>P.O. Box 742886<br>Los Angeles, CA 90074-2886 | Order dated 11/21/2013 Approving Distribution | 2990-000 | | $20,585.15 | $674,159.84 |
| 01/08/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $727.82 | $673,432.02 |
| 02/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $715.12 | $672,716.90 |
| 03/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $645.22 | $672,071.68 |

Page Subtotals $71.78 $28,015.22

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 12-11195 | Trustee Name: MICHAEL J. CAPLAN - CHP 7 |
| Case Name: COLLEGE OF THE CHRISTIAN BROTHERS O | Bank Name: First National Bank - Vinita |
| | Account Number/CD#: XXXXXX1121 |
| | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX0718 | Blanket Bond (per case limit): $8,500,000.00 |
| For Period Ending: 01/29/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $713.63 | $671,358.05 |
| 05/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $689.90 | $670,668.15 |
| 06/06/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $712.15 | $669,956.00 |
| 09/03/14 | 1005 | International Sureties, Ltd 701 Poydras St. New Orleans, LA 70139 | 2014 Bond Payments | 2300-000 | | $732.68 | $669,223.32 |
| 12/08/14 | 1006 | Shelton, Laurel 7452 Jefferson St. NE Albuquerque, New Mexico 87109 | Order Granting Trustee's Motion Allowing Compensation & Pymt to Laurel Shelton, CPA, Doc. #139 | 3410-000 | | $2,990.00 | $666,233.32 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $706,682.38 | $40,449.06 |
| Less: Bank Transfers/CD's | $706,610.60 | $0.00 |
| Subtotal | $71.78 | $40,449.06 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $71.78 | $40,449.06 |

Page Subtotals $9.50 $5,838.36

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-11195　　　　　　　　　　　　　　　　Trustee Name: MICHAEL J. CAPLAN - CHP 7
Case Name: COLLEGE OF THE CHRISTIAN BROTHERS O　　Bank Name: Bank of America
　　　　　　　　　　　　　　　　　　　　　　　Account Number/CD#: XXXXXX9399
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHECKING ACCOUNT
Taxpayer ID No: XX-XXX0718　　　　　　　　　Blanket Bond (per case limit): $8,500,000.00
For Period Ending: 01/29/2015　　　　　　　　Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/29/12 | 3 | New Mexico Bank & Trust<br>320 Gold St. Sw<br>Albuquerque, NM 87102 | Checking Account | 1129-000 | $462,531.83 | | $462,531.83 |
| 05/29/12 | 5 | New Mexico Bank & Trust<br>320 Gold St. SW<br>Albuquerque, NM 87102 | Checking Account | 1129-000 | $9,052.50 | | $471,584.33 |
| 05/29/12 | 2 | First Citizens Bank<br>Raleigh, NC | Checking Account | 1129-000 | $1,431.24 | | $473,015.57 |
| 05/29/12 | 4 | New Mexico Bank & Trust<br>320 Gold ST. SW<br>Albuquerque, NM 87102 | Checking Account | 1129-000 | $230,837.08 | | $703,852.65 |
| 05/29/12 | 1 | Long, Pound & Romer<br>P.O. Box 5098<br>Santa Fe, NM 87502 | Funds in Trust Account | 1290-000 | $4,660.74 | | $708,513.39 |
| 06/29/12 | | BANK OF AMERICA | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $742.82 | $707,770.57 |
| 07/31/12 | | BANK OF AMERICA | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $928.22 | $706,842.35 |
| 08/09/12 | | BANK OF AMERICA | | 2600-000 | | $231.75 | $706,610.60 |
| 08/09/12 | | Transfer to Acct# XXXXXX1121 | Transfer of Funds | 9999-000 | | $706,610.60 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $708,513.39 | $708,513.39 |
| Less: Bank Transfers/CD's | $0.00 | $706,610.60 |
| Subtotal | $708,513.39 | $1,902.79 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $708,513.39 | $1,902.79 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX1121 - CHECKING ACCOUNT | $71.78 | $40,449.06 | $666,233.32 |
| XXXXXX9399 - CHECKING ACCOUNT | $708,513.39 | $1,902.79 | $0.00 |
|  | $708,585.17 | $42,351.85 | $666,233.32 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $708,585.17 |
| Total Gross Receipts: | $708,585.17 |

Trustee Signature: /s/ MICHAEL J. CAPLAN - CHP 7    Date: 01/29/2015

MICHAEL J. CAPLAN - CHP 7
827 EAST SANTA FE AVENUE
GRANTS, NM  87020
(505) 287-8891

Page Subtotals    $0.00    $0.00