UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO
ALBUQUERQUE DIVISION

In re: §
§
COLLEGE OF THE CHRISTIAN § Case No. 12-11195
BROTHERS O §
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL J. CAPLAN - CHP 7, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 28,075,000.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 192,163.20 | Claims Discharged Without Payment: 0.00 |
| Total Expenses of Administration: 72,617.15 | |

3) Total gross receipts of $ 708,585.17 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 443,804.82 (see **Exhibit 2**), yielded net receipts of $ 264,780.35 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 71,763.42 | 72,625.15 | 72,617.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 10,061.99 | 10,061.99 | 10,061.99 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 1,977,029.78 | 1,977,029.78 | 182,101.21 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 2,058,855.19 | $ 2,059,716.92 | $ 264,780.35 |

4) This case was originally filed under chapter 7 on 03/27/2012 . The case was pending for 62 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/26/2017          By:/s/MICHAEL J. CAPLAN - CHP 7
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Funds in First Citizens Bank | 1129-000 | 1,431.24 |
| Funds in NM Bank and Trust | 1129-000 | 462,531.83 |
| Funds in NM Bank and Trust | 1129-000 | 230,837.08 |
| Funds in NM Bank and Trust | 1129-000 | 9,052.50 |
| Funds in Long, Pound & Komer trust account | 1290-000 | 4,660.74 |
| Refund from Lexis Nexis | 1290-000 | 71.78 |
| **TOTAL GROSS RECEIPTS** | | **$ 708,585.17** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| COLLEGE OF THE CHRISTIAN BROTHERS O | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 397,125.09 |
| MICHAEL J. CAPLAN | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 4,867.89 |
| P. A. Long Pound & Komer | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 41,811.84 |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 443,804.82 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL J. CAPLAN | 2100-000 | NA | 16,470.81 | 16,470.81 | 16,470.81 |
| MICHAEL J. CAPLAN | 2200-000 | NA | 1,785.77 | 1,785.77 | 1,785.77 |
| International Sureties, Ltd | 2300-000 | NA | 1,700.71 | 1,700.71 | 1,700.71 |
| LTD INTERNATIONAL SURETIES | 2300-000 | NA | 0.00 | 861.73 | 861.73 |
| BANK OF AMERICA | 2600-000 | NA | 1,902.79 | 1,902.79 | 1,902.79 |
| First National Bank - Vinita | 2600-000 | NA | 10,042.62 | 10,042.62 | 10,042.62 |
| First National Bank of Vinita | 2600-000 | NA | 4,268.85 | 4,268.85 | 4,268.85 |
| New Mexico Taxation & Revenue Department | 2810-000 | NA | 196.00 | 196.00 | 188.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| New Mexico Taxation and Revenue Department | 2810-000 | NA | 68.00 | 68.00 | 68.00 |
| Arthur J. Gallagher & Co. Insurance | 2990-000 | NA | 20,585.15 | 20,585.15 | 20,585.15 |
| MICHAEL J. CAPLAN | 3110-000 | NA | 5,575.99 | 5,575.99 | 5,575.99 |
| MICHAEL J. CAPLAN | 3120-000 | NA | 413.04 | 413.04 | 413.04 |
| Laurel Shelton | 3410-000 | NA | 2,990.00 | 2,990.00 | 2,990.00 |
| Steven W. Johnson | 3410-000 | NA | 5,763.69 | 5,763.69 | 5,763.69 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 71,763.42 | $ 72,625.15 | $ 72,617.15 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | City of Santa Fe | 5800-000 | NA | 9,973.24 | 9,973.24 | 9,973.24 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | New Mexico Tax & Rev Dept | 5800-000 | NA | 88.75 | 88.75 | 88.75 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 10,061.99 | $ 10,061.99 | $ 10,061.99 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Atkinson & Co. Ltd. | 7100-000 | NA | 8,485.10 | 8,485.10 | 8,485.10 |
| 2 | EBSA U. S. Department of Labor | 7100-000 | NA | 50,000.00 | 50,000.00 | 50,000.00 |
| 12 | Jeffrey Snyder | 7100-000 | NA | 800,261.77 | 800,261.77 | 0.00 |
| 8 | LLP Brownstein Hyatt Faber Schreck | 7100-000 | NA | 51,690.39 | 51,690.39 | 51,690.39 |
| 6 | Michael J. Hymel | 7100-000 | NA | 48,399.00 | 48,399.00 | 48,399.00 |
| 5a | NEW MEXICO TAXATION & REVENUE DEPAR | 7100-000 | NA | 638.79 | 638.79 | 638.79 |
| 7 | P. A. Long Pound & Komer | 7100-000 | NA | 12,846.36 | 12,846.36 | 12,846.36 |
| 13 | Pension Planning Consultants, Inc. | 7100-000 | NA | 8,303.30 | 8,303.30 | 8,303.30 |
| 11 | Promason, Inc. | 7100-000 | NA | 187,840.00 | 187,840.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Jeffrey Synder | 7200-000 | NA | 800,261.77 | 800,261.77 | 0.00 |
| 11 | Pension Planning Consultants | 7200-000 | NA | 8,303.30 | 8,303.30 | 0.00 |
| | Atkinson & Co. Ltd. | 7990-000 | NA | NA | NA | 63.51 |
| | City of Santa Fe | 7990-000 | NA | NA | NA | 74.65 |
| | EBSA U. S. Department of Labor | 7990-000 | NA | NA | NA | 374.25 |
| | LLP Brownstein Hyatt Faber Schreck | 7990-000 | NA | NA | NA | 386.90 |
| | Michael J. Hymel | 7990-000 | NA | NA | NA | 362.26 |
| | New Mexico Tax & Rev Dept | 7990-000 | NA | NA | NA | 0.66 |
| | NEW MEXICO TAXATION & REVENUE DEPAR | 7990-000 | NA | NA | NA | 4.78 |
| | P. A. Long Pound & Komer | 7990-000 | NA | NA | NA | 409.11 |
| | Pension Planning Consultants, Inc. | 7990-000 | NA | NA | NA | 62.15 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 1,977,029.78 | $ 1,977,029.78 | $ 182,101.21 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 12-11195 J | Judge: | Robert H. Jacobvitz | Trustee Name: | MICHAEL J. CAPLAN - CHP 7 |
|---|---|---|---|---|---|
| Case Name: | COLLEGE OF THE CHRISTIAN BROTHERS O | | | Date Filed (f) or Converted (c): | 03/27/2012 (f) |
| | | | | 341(a) Meeting Date: | 05/04/2012 |
| For Period Ending: | 04/26/2017 | | | Claims Bar Date: | 09/20/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Funds in Long, Pound & Komer trust account (u) | 4,660.74 | 4,660.74 | | 4,660.74 | FA |
| 2. Funds in First Citizens Bank | 1,431.24 | 1,431.24 | | 1,431.24 | FA |
| 3. Funds in NM Bank and Trust | 462,435.81 | 462,435.81 | | 462,531.83 | FA |
| 4. Funds in NM Bank and Trust | 230,789.16 | 230,789.16 | | 230,837.08 | FA |
| 5. Funds in NM Bank and Trust | 9,062.41 | 9,062.41 | | 9,052.50 | FA |
| 6. Contents of Safety Deposit box (u) | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 7. Mineral rights (u) | 1,000,000.00 | 50,000.00 | | 0.00 | FA |
| 8. Charitable gift from Digneo trust (u) | Unknown | 0.00 | | 0.00 | FA |
| 9. Charitable gift from Hoyt trust (u) | Unknown | 0.00 | OA | 0.00 | FA |
| 10. Claim against City of Santa Fe & Laureate Education (u) | 26,000,000.00 | 0.00 | | 0.00 | FA |
| 11. Claim against First Community Bank (u) | 1,000,000.00 | 0.00 | | 0.00 | FA |
| 12. Claim against Risk Pooling Trust (u) | 60,000.00 | 0.00 | | 0.00 | FA |
| 13. Territorial Charter for College (u) | Unknown | 0.00 | | 0.00 | FA |
| 14. Documents in boxes in storage (u) | Unknown | 0.00 | | 0.00 | FA |
| 15. Refund from Lexis Nexis (u) | 71.78 | 71.78 | | 71.78 | FA |
| 16. Claim against Risk Pooling Trust (u) | Unknown | 0.00 | OA | 0.00 | FA |
| 17. Unclaimed funds held by the State of New Mexico (u) | 5,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $28,783,451.14 | $768,451.14 | | $708,585.17 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

09/19/12 All claims are known. This will be a surplus case. The Trustee will abandon the contents of the Safe Deposit Box and a claim against the Hoyt Admin Trust. Trustee will move to file the TFR.
1/14/13 Debtor has objected to most of the Proofs of Claims. These issues will need to be resolved before the trustee can move forward.
1/15/2014 A party is litigating with the debtor over the status of funds held by the estate. Once that issue is resolved, the Trustee will move to close the case.
6/17/2014 All claims have been resolved. Trustee will prepare the TFR.
 - Michael Caplan 7/9/2014 Even though this debtor is a non-profit corporation and pays no income tax, tax returns must be filed and the Trustee is awaiting their preparation.
1/27/2015 Debtor provided no prior tax returns or financial information to prepare tax returns. CPA is is trying to figure how to file returns without prior information.

Initial Projected Date of Final Report (TFR): 12/31/2015		Current Projected Date of Final Report (TFR): 12/31/2015

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 12-11195  
Case Name: COLLEGE OF THE CHRISTIAN BROTHERS O  
Taxpayer ID No: XX-XXX0718  
For Period Ending: 04/26/2017  

Trustee Name: MICHAEL J. CAPLAN - CHP 7  
Bank Name: First National Bank - Vinita  
Account Number/CD#: XXXXXX1121  
CHECKING ACCOUNT  
Blanket Bond (per case limit): $8,500,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/09/12 | | Transfer from Acct# XXXXXX9399 | Transfer of Funds | 9999-000 | $706,610.60 | | $706,610.60 |
| 09/24/12 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $333.95 | $706,276.65 |
| 10/10/12 | 1001 | INTERNATIONAL SURETIES, LTD Suite 420 701 Poydras St. New Orleans, LA 70139 | Blanket Bond No. 016024923 | 2300-000 | | $817.43 | $705,459.22 |
| 10/15/12 | 1001 | INTERNATIONAL SURETIES, LTD Suite 420 701 Poydras St. New Orleans, LA 70139 | Check did not match Blanket Bond Report | 2300-000 | | ($817.43) | $706,276.65 |
| 10/15/12 | 1002 | INTERNATIONAL SURETIES, LTD Suite 420 701 Poydras St. New Orleans, LA 70139 | Blanket Bond #016024923 | 2300-000 | | $861.73 | $705,414.92 |
| 10/16/12 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $435.53 | $704,979.39 |
| 11/06/12 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $449.52 | $704,529.87 |
| 12/07/12 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $434.35 | $704,095.52 |
| 01/08/13 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $448.55 | $703,646.97 |
| 02/07/13 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $747.13 | $702,899.84 |
| 03/07/13 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $674.17 | $702,225.67 |
| 04/05/13 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $745.65 | $701,480.02 |
| 05/07/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $720.80 | $700,759.22 |
| 06/07/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $744.10 | $700,015.12 |

Page Subtotals $706,610.60 $6,595.48

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-11195  
Case Name: COLLEGE OF THE CHRISTIAN BROTHERS O  
Taxpayer ID No: XX-XXX0718  
For Period Ending: 04/26/2017  

Trustee Name: MICHAEL J. CAPLAN - CHP 7  
Bank Name: First National Bank - Vinita  
Account Number/CD#: XXXXXX1121  
CHECKING ACCOUNT  
Blanket Bond (per case limit): $8,500,000.00  
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/13 | | First National Bank - Vinita<br>102 W. Illinois Avenue<br>Vinita, OK 74301 | Bank Service Fee | 2600-000 | | $719.35 | $699,295.77 |
| 08/07/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $742.58 | $698,553.19 |
| 08/30/13 | 1003 | International Sureties, Ltd<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond #016024923 | 2300-000 | | $968.03 | $697,585.16 |
| 09/09/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $741.77 | $696,843.39 |
| 10/07/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $716.27 | $696,127.12 |
| 10/08/13 | 15 | LexisNexis<br>One Penn's Way<br>New Castle, DE 19720 | Accounts Receivable | 1290-000 | $71.78 | | $696,198.90 |
| 11/07/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $739.24 | $695,459.66 |
| 12/06/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $714.67 | $694,744.99 |
| 12/12/13 | 1004 | Arthur J. Gallagher & Co. Insurance<br>P.O. Box 742886<br>Los Angeles, CA 90074-2886 | Order dated 11/21/2013 Approving Distribution | 2990-000 | | $20,585.15 | $674,159.84 |
| 01/08/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $727.82 | $673,432.02 |
| 02/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $715.12 | $672,716.90 |
| 03/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $645.22 | $672,071.68 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-11195  
Case Name: COLLEGE OF THE CHRISTIAN BROTHERS O  
Taxpayer ID No: XX-XXX0718  
For Period Ending: 04/26/2017

Trustee Name: MICHAEL J. CAPLAN - CHP 7  
Bank Name: First National Bank - Vinita  
Account Number/CD#: XXXXXX1121  
CHECKING ACCOUNT  
Blanket Bond (per case limit): $8,500,000.00  
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $713.63 | $671,358.05 |
| 05/07/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $689.90 | $670,668.15 |
| 06/06/14 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $712.15 | $669,956.00 |
| 09/03/14 | 1005 | International Sureties, Ltd 701 Poydras St. New Orleans, LA 70139 | 2014 Bond Payments | 2300-000 | | $732.68 | $669,223.32 |
| 12/08/14 | 1006 | Shelton, Laurel 7452 Jefferson St. NE Albuquerque, New Mexico 87109 | Order Granting Trustee's Motion Allowing Compensation & Pymt to Laurel Shelton, CPA, Doc. #139 | 3410-000 | | $2,990.00 | $666,233.32 |
| 02/12/15 | 1006 | Shelton, Laurel 7452 Jefferson St. NE Albuquerque, New Mexico 87109 | Order Granting Trustee's Motion Allowing Compensation & Pymt to Laurel Shelton, CPA, Doc. #139 Reversal | 3410-000 | | ($2,990.00) | $669,223.32 |
| 03/03/15 | 1007 | Shelton, Laurel 7425 Jefferson St. NE Albuquerque, New Mexico 87109 | Order Granting Trustee's Motion Allowing Compensation & Pymt to Laurel Shelton, CPA, Doc. #139 | 3410-000 | | $2,990.00 | $666,233.32 |
| 06/03/15 | 1008 | NEW MEXICO TAXATION & REVENUE DEPT. PO Box 25127 Santa Fe, New Mexico 87504-5127 | 2013 CIT-1, FEIN 85-0120718 Income Tax Tax Year Ended 6/30/2014 | 2810-000 | | $60.00 | $666,173.32 |
| 06/03/15 | 1009 | NEW MEXICO TAXATION & REVENUE DEPARTMENT PO Box 25127 Santa Fe, New Mexico 87504-5127 | 2012 CIT-1, FEIN 85-0120718, Income Tax Tax Year Ended 6/30/2013 | 2810-000 | | $63.00 | $666,110.32 |
| 06/03/15 | 1010 | NEW MEXICO TAXATION & REVENUE DEPARTMENT PO Box 25127 Santa Fe, New Mexico 87504-5127 | 2011 CIT-PV FEIN 85-1020718, Income Tax, Tax Year Ended 6/30/2012 | 2810-000 | | $65.00 | $666,045.32 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-11195
Case Name: COLLEGE OF THE CHRISTIAN BROTHERS O
Taxpayer ID No: XX-XXX0718
For Period Ending: 04/26/2017

Trustee Name: MICHAEL J. CAPLAN - CHP 7
Bank Name: First National Bank - Vinita
Account Number/CD#: XXXXXX1121
CHECKING ACCOUNT
Blanket Bond (per case limit): $8,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/03/15 | 1011 | NEW MEXICO TAXATION & REVENUE DEPARTMENT<br>PO Box 25127<br>Santa Fe, New Mexico 87504-5127 | 2010 CIT-1, FEIN 85-0120718, Income Tax, Tax Year Ended 2011 | 2810-000 | | $68.00 | $665,977.32 |
| 12/22/15 | 1012 | MICHAEL J. CAPLAN<br>827 EAST SANTA FE AVENUE<br>GRANTS, NM  87020 | Final distribution representing a payment of 100.00 % per court order. | | | $21,338.70 | $644,638.62 |
| | | CAPLAN, MICHAEL J. | Final distribution representing a payment of 100.00 % per court order. ($16,470.81) | 2100-000 | | | |
| | | | ($4,867.89) | 8200-002 | | | |
| 12/22/15 | 1013 | MICHAEL J. CAPLAN<br>827 EAST SANTA FE AVENUE<br>GRANTS, NM  87020 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $1,785.77 | $642,852.85 |
| 12/22/15 | 1014 | MICHAEL J. CAPLAN<br>Attorney for Trustee 827 E. Santa Fe Ave.<br>Grants, NM  87020 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $5,575.99 | $637,276.86 |
| 12/22/15 | 1015 | MICHAEL J. CAPLAN<br>Attorney for Trustee 827 E. Santa Fe Ave.<br>Grants, NM  87020 | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $413.04 | $636,863.82 |
| 12/22/15 | 1016 | Steven W. Johnson<br>119 E. Marcy Street, Suite 203<br>Santa Fe, NM 87501 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $5,763.69 | $631,100.13 |
| 12/22/15 | 1017 | City of Santa Fe<br>City Attorney''s Office<br>PO Box 909<br>Santa Fe, NM  87504-0909 | Final distribution to claim 10 representing a payment of 100.00 % per court order. | | | $10,047.89 | $621,052.24 |
| | | | ($74.65) | 7990-000 | | | |
| | | City of Santa Fe | Final distribution to claim 10 representing a payment of 100.00 % per court order. ($9,973.24) | 5800-000 | | | |
| 12/22/15 | 1018 | New Mexico Tax & Rev Dept<br>PO Box 8575<br>Albuquerque, NM  87198-8575 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | | | $89.41 | $620,962.83 |
| | | | ($0.66) | 7990-000 | | | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-11195  
Case Name: COLLEGE OF THE CHRISTIAN BROTHERS O  
Taxpayer ID No: XX-XXX0718  
For Period Ending: 04/26/2017  

Trustee Name: MICHAEL J. CAPLAN - CHP 7  
Bank Name: First National Bank - Vinita  
Account Number/CD#: XXXXXX1121  
CHECKING ACCOUNT  
Blanket Bond (per case limit): $8,500,000.00  
Separate Bond (if applicable):  

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | New Mexico Tax & Rev Dept | Final distribution to claim 5 representing a payment of 100.00 % per court order. ($88.75) | 5800-000 | | | |
| 12/22/15 | 1019 | EBSA U. S. Department of Labor c/o Atty Gail A. Perry/Ofc of Solicitor Plan Benefits Security Division PO Box 1914 Washington, DC 20013 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $50,374.25 | $570,588.58 |
| | | | ($374.25) | 7990-000 | | | |
| | | EBSA U. S. Department of Labor | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($50,000.00) | 7100-000 | | | |
| 12/22/15 | 1020 | Atkinson & Co. Ltd. PO Box 25246 Albuquerque, NM 87125 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | $8,548.61 | $562,039.97 |
| | | | ($63.51) | 7990-000 | | | |
| | | Atkinson & Co. Ltd. | Final distribution to claim 4 representing a payment of 100.00 % per court order. ($8,485.10) | 7100-000 | | | |
| 12/22/15 | 1021 | NEW MEXICO TAXATION & REVENUE DEPAR PO Box 8575 Albuquerque, NM 87198-8575 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | | | $643.57 | $561,396.40 |
| | | | ($4.78) | 7990-000 | | | |
| | | NEW MEXICO TAXATION & REVENUE DEPAR | Final distribution to claim 5 representing a payment of 100.00 % per court order. ($638.79) | 7100-000 | | | |
| 12/22/15 | 1022 | Michael J. Hymel c/o Atty Jeffrey A. Dahl Keleher & McLeod, PA PO Box AA Albuquerque, NM 87103 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | | | $48,761.26 | $512,635.14 |
| | | | ($362.26) | 7990-000 | | | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-11195
Case Name: COLLEGE OF THE CHRISTIAN BROTHERS O
Taxpayer ID No: XX-XXX0718
For Period Ending: 04/26/2017

Trustee Name: MICHAEL J. CAPLAN - CHP 7
Bank Name: First National Bank - Vinita
Account Number/CD#: XXXXXX1121
CHECKING ACCOUNT
Blanket Bond (per case limit): $8,500,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Michael J. Hymel | Final distribution to claim 6 representing a payment of 100.00 % per court order. | ($48,399.00) 7100-000 | | | |
| 12/22/15 | 1023 | P. A. Long Pound & Komer 2200 Brothers Road Santa Fe, New Mexico 87502 | Final distribution to claim 7 representing a payment of 100.00 % per court order. | | | $55,067.31 | $457,567.83 |
| | | | | ($409.11) 7990-000 | | | |
| | | P. A. Long Pound & Komer | Final distribution to claim 7 representing a payment of 100.00 % per court order. | ($12,846.36) 7100-000 | | | |
| | | | | ($41,811.84) 8200-002 | | | |
| 12/22/15 | 1024 | LLP Brownstein Hyatt Faber Schreck 410 17th Street, Suite 2200 Denver, CO 80202 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | | | $52,077.29 | $405,490.54 |
| | | | | ($386.90) 7990-000 | | | |
| | | LLP Brownstein Hyatt Faber Schreck | Final distribution to claim 8 representing a payment of 100.00 % per court order. | ($51,690.39) 7100-000 | | | |
| 12/22/15 | 1025 | Pension Planning Consultants, Inc. 6201 Uptown Blvd Ne, Ste. 100 Albuquerque, Nm 87110 | Final distribution to claim 13 representing a payment of 100.00 % per court order. | | | $8,365.45 | $397,125.09 |
| | | | | ($62.15) 7990-000 | | | |
| | | Pension Planning Consultants, Inc. | Final distribution to claim 13 representing a payment of 100.00 % per court order. | ($8,303.30) 7100-000 | | | |
| 12/22/15 | 1026 | COLLEGE OF THE CHRISTIAN BROTHERS O C/O THUMA & WALKER, PC THOMAS D. WALKER 500 MARQUETTE, NW #650 ALBUQUERQUE, NM 87102 | Distribution of surplus funds to debtor. | 8200-002 | | $397,125.09 | $0.00 |
| | | | COLUMN TOTALS | | $706,682.38 | $706,682.38 | |

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $706,610.60 | $0.00 |
| Subtotal | $71.78 | $706,682.38 |
| Less: Payments to Debtors | $0.00 | $443,804.82 |
| Net | $71.78 | $262,877.56 |

Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-11195  
Case Name: COLLEGE OF THE CHRISTIAN BROTHERS O  
Taxpayer ID No: XX-XXX0718  
For Period Ending: 04/26/2017

Trustee Name: MICHAEL J. CAPLAN - CHP 7  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX9399  
CHECKING ACCOUNT  
Blanket Bond (per case limit): $8,500,000.00  
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/29/12 | 3 | New Mexico Bank & Trust<br>320 Gold St. Sw<br>Albuquerque, NM 87102 | Checking Account | 1129-000 | $462,531.83 | | $462,531.83 |
| 05/29/12 | 5 | New Mexico Bank & Trust<br>320 Gold St. SW<br>Albuquerque, NM 87102 | Checking Account | 1129-000 | $9,052.50 | | $471,584.33 |
| 05/29/12 | 2 | First Citizens Bank<br>Raleigh, NC | Checking Account | 1129-000 | $1,431.24 | | $473,015.57 |
| 05/29/12 | 4 | New Mexico Bank & Trust<br>320 Gold ST. SW<br>Albuquerque, NM 87102 | Checking Account | 1129-000 | $230,837.08 | | $703,852.65 |
| 05/29/12 | 1 | Long, Pound & Romer<br>P.O. Box 5098<br>Santa Fe, NM 87502 | Funds in Trust Account | 1290-000 | $4,660.74 | | $708,513.39 |
| 06/29/12 | | BANK OF AMERICA | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $742.82 | $707,770.57 |
| 07/31/12 | | BANK OF AMERICA | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $928.22 | $706,842.35 |
| 08/09/12 | | BANK OF AMERICA | | 2600-000 | | $231.75 | $706,610.60 |
| 08/09/12 | | Transfer to Acct# XXXXXX1121 | Transfer of Funds | 9999-000 | | $706,610.60 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $708,513.39 | $708,513.39 |
| Less: Bank Transfers/CD's | $0.00 | $706,610.60 |
| Subtotal | $708,513.39 | $1,902.79 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $708,513.39 | $1,902.79 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1121 - CHECKING ACCOUNT | $71.78 | $262,877.56 | $0.00 |
| XXXXXX9399 - CHECKING ACCOUNT | $708,513.39 | $1,902.79 | $0.00 |
| | $708,585.17 | $264,780.35 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $708,585.17 |
| Total Gross Receipts: | $708,585.17 |